UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-90-388 LKK |
| Plaintiff, | |
| v. | O R D E R |
| BRENDA G. THOMPSON, | |
| Defendant. / | |

The Court is in receipt of a request (ECF No. 54), for reconveyance of property posted to secure the appearance of Brenda Thompson. The request appears to have been forwarded to the Court by Spartan Home Loans, c/o Kathy Bieber. Defendant Brenda Thompson was sentenced on June 11, 1991. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk is directed to reconvey the property located at 1125 Los Robles Boulevard, Sacramento, California 95838; and

2. The Clerk is instructed to mail the deed of trust to: Brenda Thompson, 1125 Los Robles Boulevard, Sacramento, CA 95838; and

//

//

1

3. The Clerk is instructed to serve a copy of this order on Spartan Home Loans, c/o Kathy Bieber.

IT IS SO ORDERED.

DATED: January 15, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT